In my view, the Labor Board's action in this case was outside the law. I submit that the Section 8(b)(1)(B) requirement that unions not "restrain or coerce * * * an employer in the selection of his representatives for the purposes of collective bargaining or the adjustment of grievances" cannot reasonably be read to prohibit discipline of union members—supervisors though they be—for performance of rank-and-file struck work. I would therefore decline to enforce the Board's order.

1559, D.C.Cir., 487 F.2d 1113, of the briefs and appendices filed by the parties in each of the above entitled cases, it is

Ordered by the court *en banc* that the above entitled cases shall be reheard by the court sitting *en banc* as promptly as the business of the court permits. It is

Further ordered by the court *en banc*, *sua sponte*, that the above entitled cases are hereby consolidated for the purpose of rehearing *en banc*.

On rehearing *en banc*, reversed and remanded, D.C.Cir., 487 F.2d 1143.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, and Local 134, International Brotherhood of Electrical Workers, AFL–CIO, Petitioners,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 641, 622, 759, 820, and 1263, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent,**

**Florida Power & Light Company, Intervenor.**

**Nos. 71–1559, 71–1712.**

United States Court of Appeals, District of Columbia Circuit.

Jan. 5, 1973.

Before, BAZELON, Chief Judge, and WRIGHT, McGOWAN, TAMM, LEVENTHAL, ROBINSON, MacKINNON, ROBB and WILKEY, Circuit Judges.

### ORDER

PER CURIAM.

On consideration of the union's petition for rehearing and suggestion for rehearing *en banc* filed in number 71–

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, and Local 134, International Brotherhood of Electrical Workers, AFL–CIO, Petitioners,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCALS 641, 622, 759, 820 and 1263, Petitioners,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent,**

**Florida Power & Light Company, Intervenor.**

**Nos. 71–1559, 71–1712.**

United States Court of Appeals, District of Columbia Circuit.

Reargued Jan. 23, 1973.

Decided June 29, 1973.

Certiorari Granted Jan. 21, 1974. See 94 S.Ct. 913.

